UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
WURTZEL,

                      Plaintiff(s),

**ORDER**

18-cv-08385 (PMH)

v.

211 MAIL ROAD, LLC,

                      Defendant(s),

----------------------------------------------------------X

Counsel for plaintiff and defendant appeared telephonically today for a case management conference. As discussed at the conference, the deadline to submit pre-motion conference request letter(s) in connection with summary judgment motion(s) is extended to 8/3/2020. The parties are reminded to exchange Rule 4(E) correspondence in advance of such deadline.

Dated:  New York, New York
       May 8, 2020

**SO ORDERED:**

_____
Philip M. Halpern
United States District Judge